AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Tim White (A74 878 427)

V.

Andrea Quarantillo, Director, NYC District
U.S. Citizenship & Immigration Services et al.

**SUMMONS IN A CIVIL ACTION**

07 CIV 7682

CASE NUMBER:

TO: (Name and address of Defendant)

Andrea Quarantillo, Director USCIS, 26 Federal Plaza, NY, NY 10278
Michael J. Garcia, US Attorney, Southern Dist. NY, 86 Chambers St., 3rd Flr., NY, NY 10007, Emilio T. Gonzalez, Director, USCIS, Michael Chertoff, Secretary DHS, c/o Office of General Counsel, US DHS, Washington DC 20528, Alberto R. gonzales, Robert S. Mueller, III, 935 Pennsylvania Ave. NW, Washington DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Vanasse, Esq
Wildes & Weinberg, P.C.
515 Madison Ave., 8th Flr.
New York, NY 10022

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   AUG 29 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/29/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas W. Vanasse | Esquire |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Alberto R. Gonzales, Attorney Gen'l
United States Dep't of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/2007
Date

Signature of Server: Thomas W. Vanasse

Address of Server:
Wilches & Wainberg, P.C.
515 Madison Ave.
NY, NY 10022

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.