AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Tim White (A74 878 427)

V.

Andrea Quarantillo, Director, NYC District
U.S. Citizenship & Immigration Services et al.

**SUMMONS IN A CIVIL ACTION**

07 CIV 7682

CASE NUMBER:

TO: (Name and address of Defendant)

Andrea Quarantillo, Director USCIS, 26 Federal Plaza, NY, NY 10278
Michael J. Garcia, US Attorney, Southern Dist. NY, 86 Chambers St., 3rd Flr., NY, NY 10007, Emilio T. Gonzalez, Director, USCIS, Michael Chertoff, Secretary DHS, c/o Office of General Counsel, US DHS, Washington DC 20528, Alberto R. gonzales, Robert S. Mueller, III, 935 Pennsylvania Ave. NW, Washington DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Vanasse, Esq
Wildes & Weinberg, P.C.
515 Madison Ave., 8th Flr.
New York, NY 10022

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  AUG 29 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/29/2007 |
| NAME OF SERVER (PRINT) Thomas W. Vanasse | TITLE Esquire |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Michael Chertoff, Secretary
DHS Office of Gnl Counsel
USDHS
Washington, DC 20528

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/2007    _Thomas W. Vanasse_
    Date            Signature of Server

Wilkes & Wainberg, P.C.
515 Madison Ave.
NY, NY 10022
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.