

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
TIM WHITE,

                Plaintiff,                **SCHEDULING ORDER**

        - against -                    ECF CASE

DIRECTOR ANDREA J. QUARANTILLO,    07 CIV. 7682 (SAS)
New York City District, United States
Citizenship and Immigration Service, *et al.*,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on October 16, 2007 (the "Order"); and

       WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

       NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

       (1)    The initial pretrial conference in this action was held on October 30, 2007, at 3:00 PM. At that conference, the following counsel appeared for the parties

                For the plaintiff:    Thomas W. Vanasse, Esq.
                                    Wildes & Weinberg, P.C.
                                    515 Madison Avenue, 8th Floor
                                    New York, New York 10022

                For the defendants:  Matthew L. Schwartz
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007

(2) In this case, plaintiff seeks an order compelling the Federal Bureau of Investigation (FBI) to complete its investigation into his background, and compelling the Citizenship and Immigration Service (CIS) to complete its adjudication of his pending application for naturalization. According to the complaint, plaintiff's application was filed on May 19, 2003, and he was interviewed by CIS on April 15, 2004.

(3) The parties have agreed to the following schedule:

| | |
|---|---|
| Defendants to answer | November 12, 2007 |
| Initial Disclosures & Written Discovery Requests | November 19, 2007 |
| Discovery Deadline | February 12, 2008 |
| Plaintiff to submit pre-trial order matters to the defendants | February 29, 2008 |
| Joint pre-trial order, trial briefs, and proposed findings of fact and conclusions of law | March 28, 2008 |

(4) A final pre-trial conference shall be held, ~~pursuant to Fed. R. Civ. P. 16(d),~~ on: _Dec. 27 at 4:30_

(5) The parties have not agreed to any limitations on discovery.

(6) There were no discovery issues on which the parties were unable to reach agreement.

(7) The parties do not anticipate the need for any expert discovery in this case.

2

(8) The parties anticipate that trial in this action will take 2-3 days. Trial will be to the Court.

(9) This Scheduling Order may be altered only on a showing of good cause not foreseeable at the time of the initial pre-trial conference, or when justice so requires.

Dated: New York, New York
October 30, 2007

_____
THOMAS W. VANASSE, ESQ.
Wildes & Weinberg, P.C.
*Attorneys for the Plaintiff*
515 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 753-3468

MICHAEL J. GARCIA
United States Attorney
*Attorney for the Defendants*

Dated: New York, New York    By: _____
October 30, 2007
MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-1945
Facsimile: (212) 637-2750

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE    10/30/07

3