UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TIM WHITE,

               Plaintiff,

- against -

DIRECTOR ANDREA J. QUARANTILLO,
New York City District, United States
Citizenship and Immigration Service, *et al.*,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STIPULATION AND ORDER
OF DISMISSAL

ECF CASE

07 CIV. 7682 (SAS)

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

                              AGREED TO BY:

Dated:   New York, New York
            December 17, 2007

THOMAS W. VANASSE, ESQ.
Wildes & Weinberg, P.C.
*Attorneys for the Plaintiff*
515 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 753-3468

MICHAEL J. GARCIA
United States Attorney
*Attorney for the Defendants*

Dated:   New York, New York  By:
            December 24, 2007

MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-1945
Facsimile: (212) 637-2750

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE     12/26/07